ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
JACKSON A. STEPHENS
Assistant U.S. Attorney
Florida State Bar No. 51597
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jackson.stephens@usdoj.gov
Attorney for Plaintiff

FILED

2019 MAR -6 PM 1:52

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-00614 TUC-JGZ(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | INDICTMENT |
|---|---|
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. § 3146(a)(1) |
| Jamie Gallegos, | (Failure to Appear) |
| Defendant. | Counts 1 & 2 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about December 18, 2018, at or near Tucson, in the District of Arizona, the defendant, JAMIE GALLEGOS, having been released from custody pursuant to Chapter 207 of Title 18, United States Code, in connection with charges in United States v. Jamie Gallegos, CR-18-00439-2, for a felony punishable by up to 20 years in custody, did knowingly and intentionally fail to appear as required, in violation of 18 U.S.C. § 3146(a)(1).

## COUNT 2

On or about January 7, 2019, at or near Tucson, in the District of Arizona, the defendant, JAMIE GALLEGOS, having been released from custody pursuant to Chapter

|    |                                                                                          |
|----|------------------------------------------------------------------------------------------|
| 1  | 207 of Title 18, United States Code, in connection with charges in United States v. Jamie |
| 2  | Gallegos, CR-18-00439-2, for a felony punishable by up to 20 years in custody, did |
| 3  | knowingly and intentionally fail to appear as required, in violation of 18 U.S.C. § |
| 4  | 3146(a)(1). |

A TRUE BILL

/ s /

_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/ s /

Assistant U.S. Attorney

Dated: March 6, 2019

**REDACTED FOR PUBLIC DISCLOSURE**