AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

Jamie Gallegos

Defendant

Case No. CR-19-614-TUC-JGZ(LCK)

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) Jamie Gallegos
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:3146(a)(1) Failure to Appear

Date: 03/07/2019

_Issuing officer's signature_

City and state: Tucson, AZ

Keli Petrilla, Deputy Clerk
_Printed name and title_

---

### Return

This warrant was received on (date) 3/7/19, and the person was arrested on (date) 6/28/19
at (city and state) Tucson, AZ

Date: 6/28/19

Subject arrested by USMS
and initialed on 7/1/19
in the District of Arizona.

_Arresting officer's signature_

_Printed name and title_