JON M. SANDS
Federal Public Defender
**JORDAN PERRY MALKA**
Assistant Federal Public Defender
State Bar No. 6321055 (Illinois)
407 W. Congress St., Suite 501
Tucson, AZ  85701
Telephone:  (520) 879-7500
jordan_malka@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Jaime Gallegos,<br><br>    Defendant. | CR19-00614-001-DCB-LAB<br>CR18-00439-DCB-LAB<br><br>SENTENCING MEMORANDUM |

Defendant, Jaime Gallegos, through defense counsel, Jordan Perry Malka, Assistant Federal Public Defender, hereby offers this Sentencing Memorandum for the Court's consideration at the time of sentencing on February 19, 2020.

RESPECTFULLY SUBMITTED:        February 11, 2020.

JON M. SANDS
Federal Public Defender

*/s/ Jordan Perry Malka*
JORDAN PERRY MALKA
Assistant Federal Public Defender

## MEMORANDUM

Mr. Gallegos asks the Court to consider his personal history and characteristics, his sincere feelings of remorse, and his reasons for absconding while on pretrial release at the time of sentencing. Lastly, he asks this Court to take mercy on him.

Mr. Gallegos has spent his entire adult life addicted to alcohol and drugs. At 13 years old, he started drinking alcohol and using marijuana. By 15, he was smoking marijuana daily. At 17, he became hooked on cocaine. Then, at 39, he started using methamphetamine daily. It is without a doubt that his addiction to these heavy substances influenced his decisions in his life – good or bad, and they have severely and permanently altered Mr. Gallegos's behavior.[1] Until his arrest in this case, Mr. Gallegos had not addressed his addiction, or his behavior while using, for at least 15 years. He has also not been sober for consecutive months at a time since he was 13 years old. Mr. Gallegos is now 43.

Mr. Gallegos has accepted responsibility for his actions in the misprision case. Although Mr. Gallegos did not wake up on February 23, 2018 prepared to transport marijuana, he accepts that over the course of that day he acquired knowledge that the co-defendant was committing a felony – possession with intent to distribute marijuana – and that he failed to inform the authorities of that known offense. For that, he is apologetic.

Regarding the failure to appear offense, Mr. Gallegos relapsed while on pretrial release and absconded out of both embarrassment and fear of the consequences to follow, i.e., pretrial revocation. Mr. Gallegos submitted to approximately 52 urinalysis tests while on release, and he only failed three – one for alcohol use and two for drug use. Although Mr. Gallegos is aware that relapse is a major part of the addiction recovery process (he learned this by graduating from Community Bridge's intensive three month drug treatment program), he was so overwhelmed by the fact that he failed himself and all of his hard work to stay sober, G-d and his church, and his family, that he left and once more watched his

---

[1] Mr. Gallegos is prescribed to quetiapine fumarate to treat schizophrenia and bipolar disorder. PSR, ¶ 81. This is most likely because he "heard loud screaming voices in his head . . . [and] reported seeing shadow people." Id.

life spiral out of control.

      Ultimately, the factors in this case militate against a within-guidelines sentence. Mr. Gallegos has fully accepted responsibility for his conduct here. He prays that this Court take mercy on him and impose a sentence of 12 months and one day.